# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2459
LT Case No. 2020-101020-CFDL

_____

SHANE L. TAYLOR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.801 appeal from the Circuit Court for Volusia County.
Randell H. Rowe, III, Judge.

Shane L. Taylor, East Palatka, pro se.

Ashley Moody, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

January 2, 2024


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and EISNAUGLE and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____